**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mariza A. LAMELA, a.k.a. Maritza, Defendant–Appellant.**

No. 08–16377
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 30, 2009.

Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Mariza A. Lamela, Tallahassee, FL, pro se.

**499**

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Monique Brochu, appointed counsel for Mariza Lamela in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lamela's conviction and sentence are **AFFIRMED.**